**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Arthur JONES, Defendant–Appellant.**

**No. 09–15689 Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

June 21, 2010.

Jacqueline Esther Shapiro, Kathleen M. Williams, Federal Public Defender, Miami, FL, for Plaintiff–Appellee.

Anne R. Schultz, Kathleen M. Salyer, U.S. Attorney's Office, Miami, FL, for Defendant–Appellant.

Before EDMONDSON, BIRCH and BARKETT, Circuit Judges.

PER CURIAM:

Jacqueline Shapiro, appointed counsel for Arthur Jones in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's

motion to withdraw is **GRANTED,** and the denial of Jones's motion to reduce his sentence per 18 U.S.C. § 3582(c)(2) and Amendment 706 is **AFFIRMED.**